UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IUSACELL, S.A. DE C.V.,<br><br>                Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                Defendant. | Civil Action No. 14-CV-2697 (NRB) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Iusacell, S.A. de C.V. and Defendant International Business Machines Corporation jointly stipulate that this action be and hereby is dismissed with prejudice. Each party shall bear its own costs, including attorneys' fees.

All parties consent to the use of their e-signature for the purposes of this filing.

Dated: August 31, 2017

WACHTELL, LIPTON, ROSEN & KATZ

/s/
Herbert M. Wachtell
Jonathan M. Moses
51 West 52nd Street
New York, New York 10019
Telephone: 212-403-1388
*Attorneys for Plaintiff Iusacell, S.A. de C.V.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/
Richard I. Werder, Jr.
51 Madison Avenue
22nd Floor
New York, New York 10010
Telephone: 212-849-7000

HOGAN LOVELLS US LLP

/s/ *David Dunn* (by RIW)
David Dunn
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
*Attorneys for Defendant International Business Machines Corporation*